SAMUEL LEE BOWMAN, Appellant, v. THE
STATE OF NEVADA, Respondent.

No. 8070

June 27, 1975                    537 P.2d 316

*Morgan D. Harris,* Public Defender, and *Michael A. Cherry,*
Assistant Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *George E.
Holt,* District Attorney, and *Sherman H. Simmons,* Deputy
District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Convicted of battery with a deadly weapon (NRS 200.481),
appellant contends the evidence against him was insufficient.

Maria Valez identified appellant as the man who attacked
her in a Las Vegas hotel, striking her on the head and face.
The defendant then strangled Mrs. Valez with a cord and
slashed her with a knife.

A hotel security officer apprehended appellant shortly there-
after, in a room not registered to him, and recovered a knife
from his person. As the officer forced his way into the room,
with gun drawn, he heard appellant say, "I did it; I did it.
Don't shoot; don't shoot." Later, after receiving Miranda warn-
ings from a police officer called to the scene, appellant made
other damaging statements.

We reject appellant's sole assignment of error, believing this
uncontroverted evidence ample to warrant his conviction.

Affirmed.